**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 14, 2015

Hon. Blake A. Hawthorne
Supreme Court of Texas
201 W. 14th Street, Room 104
Austin TX 78701

Re: Cause No. 13-13-00415-CV
Tr.Ct.No. D-1-GN-12-003937
Style: TEXAS COMMISSION ON ENVIRONMENTAL QUALITY v. TEXAS FARM BUREAU, FRANK VOLLEMAN, FRANK DESTEFANO, DAVID AND MARY BALLEW, RON AND SHERIE BURNETTE, SAM JONES, THEODORE AND MARY KALLUS, GLEN MARECEK, JOHN GAULDING, AND CHARLES AND KATHERINE HARLESS

Dear Mr. Hawthorne:

Pursuant to your office's request, enclosed herewith please find the documents indicated on the attached docket sheet which was filed in the above referenced cause. The record is being sent electronically.

Very truly yours,

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk

DER:ch

cc: Hon. Charles Walker Bailey
Hon. Priscilla M. Hubenak (DELIVERED VIA E-MAIL)
Hon. Dolores A. Hibbs (DELIVERED VIA E-MAIL)
Hon. Kristofer S. Monson
Hon. Douglas G. Caroom (DELIVERED VIA E-MAIL)
Hon. Cynthia Woelk (DELIVERED VIA E-MAIL)